# BRADY McGUIRE & STEINBERG, P.C.

ATTORNEYS-AT-LAW
303 SOUTH BROADWAY
SUITE 234
TARRYTOWN, NEW YORK 10591
TELEPHONE (914) 478-4293
FACSIMILE (914) 478-4142
WWW.BRADYMCGUIRESTEINBERG.COM

MATTHEW G. McGUIRE
PARTNER

JAMES M. STEINBERG
PARTNER

BEVERLY G. ROSELL
LEGAL ASSISTANT

ROBERT D. BRADY
RETIRED

PATRICK McHUGH
OF COUNSEL

PETER T. SHERIDAN
OF COUNSEL

CONNECTICUT OFFICE
TELEPHONE (203) 403-2217

Direct EMAIL james@bradymcguiresteinberg.com

June 9, 2022

*[Handwritten note: June 13 conference adjourned. Conference will be held on June 15 at 3:30 pm in Courtroom 11D. SO ORDERED /s/ PKC USDJ 6-9-22]*

Via ECF Filing Only

The Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re: Estate of Confessor Hichez-Zapata *et al.* v. Quenia D. Emerecia *et al.*
Civil Case No. 21-CIV-4261 (PKC)

Dear Judge Castel:

Our office represents Defendant Annuity Fund of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO s/h/a IUOE Local 15 Annuity Fund and the undersigned submits this letter motion requesting an adjournment of the teleconference scheduled for Monday, June 13, 2022 at 10:00 a.m. since I am the chairperson and lead organizer for a charity event that is scheduled for that day. I have consulted with counsel for Plaintiff and Co-Defendant Quenia D. Emerecia, and neither Mr. Scully nor Mr. Bianco have an objection to this request. Further, we are all collectively available on any of the following dates for a rescheduled conference with the Court: June 15th, June 17, June 22nd or June 24th. If possible, the parties would ask for a time in the afternoon.

I truly appreciate Your Honor's consideration of this request.

Respectfully submitted,

/s/ *James M. Steinberg*

James M. Steinberg, Esq.

Cc: Karl A. Scully, Esq.
Vincent Bianco, Esq.
Patrick J. McHugh, Esq.