# LAW OFFICES OF VINCENT BIANCO, ESQ., P.C.

### ATTORNEYS AT LAW
**114 Old Country Road, Suite 560, Mineola NY 11501**
**Office: (516) 900-7870  Fax: (516)871-0660**

___

### REQUEST FOR ADJOURNMENT

May 5, 2023
BY ECF

Conference originally set for May 11, 2023 is adjourned to May 19, 2023 at 2:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated:  5/9/2033

The Honorable Judge P. Kevin Castel
United States District Court
Southern District of New York
500 pearl Street
New York, NY 10007

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re: Estate of Confessor Hichez-Zapata et al v. Emerecia et al
Civil Docket No. **1:21-cv-04261-PKC**

Dear Judge Castel,

 I am the attorney for Defendant Quenia D. Emericia.

Counsel respectfully submits this letter to request an adjournment of the conference scheduled for May 11, 2023, at 3:15 p.m.

I make this request as I have a prior engagement in the Nassau County Family Court before the Hon. Nadine J. Satterwaite, Part 23, in-person, for a hearing under Docket# F-07867-22, regarding a support matter at 2:15; given the subject and distance I would not be able to attend this 3:15 conference in Manhattan.

I have spoken to defendant counsels Patrick McHugh and James Steinberg but was only able to leave a message for plaintiff attorney, Karl Scully.  A brief comparison of calendars with defense counsel shows available dates of May 19 and 24th in the afternoon, but I would like the opportunity to speak to Mr. Scully before requesting a specific date, subject to the Court's direction and approval.

Respectfully submitted

Vincent Bianco, Esq.