UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Robert Hickey, Administrator

Plaintiff(s),

21 Civ. 4261 (PKC)

- against -

Quenia D. Enerecia, et al.

ORDER FOLLOWING
PRETRIAL CONFERENCE

Defendant(s).
-----------------------------------------------------------x

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. All fact discovery (has been completed,) except for plaintiff's request to produce documents to defendant Enerecia which shall be served within 14 days and responded to 14 days thereafter.

2. The case will be referred to mediation for a session to be held on July 12, 2023 at 10am.

3. Plaintiff shall amend the complaint to add the administrator as plaintiff and leave to do so is granted. File amended pleading in 14 days. Response due 14 days thereafter.

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
5-19-23

4. Plaintiff to advise outcome of mediation by July 31, 2023.