**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

ESTATE OF CONFESSOR HICHEZ-ZAPATA, ROBERT HICHEZ, JESSICA HICHEZ, and ROBERT HICHEZ, as Administrator of the Estate of Confessor Hichez-Zapata (pending) on behalf of R.H. (minor) on behalf of Y.H. (minor),

                 Plaintiffs,

  -against-                                                                     21 **CIVIL** 4261 (PKC)

                                                                                       **JUDGMENT**

QUENIA D. EMERECIA and IUOE LOCAL 15 ANNUITY FUND,

                 Defendants.

------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 21, 2024, the Plan's motion for summary judgment is GRANTED.

**Dated:**  New York, New York

      May 22, 2024

                                                        **RUBY J. KRAJICK**
                                                       _____
                                                         **Clerk of Court**

                                      **BY:**    *K. Mango*

                                                       _____
                                                         **Deputy Clerk**